UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAURA KRONEN,

                       Plaintiff,

        - against -

NATORI, INC.,

                       Defendant.
------------------------------------------------------------X

**ORDER**

CV 05-5473 (CPS) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

       The application to extend the plaintiff's deposition beyond the seven hours allowed under the applicable rule was filed on the afternoon before the deposition was scheduled to begin, and I did not see it until this morning. The defendant's failure to raise the matter in a more timely fashion makes it impossible for me to get a response and rule on the merits before the start of the deposition at issue. Moreover, on its face the application does not explain why the plaintiff's relatively straightforward claims cannot be explored within the time normally allotted, and instead relies on conclusory speculation. I therefore deny the application. The parties shall endeavor to complete the plaintiff's deposition on all claims in one day. If the defendant believes that further time should be allowed thereafter and the parties cannot resolve the matter on consent, the defendant may seek such further relief as it deems appropriate.

       **SO ORDERED.**

Dated: Brooklyn, New York
       December 1, 2006

                                                /s/ James Orenstein
                                                JAMES ORENSTEIN
                                                U.S. Magistrate Judge