UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LAURA KRONEN,

                Plaintiff,

-against-

NATORI, INC.,

                Defendant.
------------------------------------------------------------------X

JUDGMENT
05-CV- 5473 (CPS)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y:
★ JUL 2 5 2007 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Charles P. Sifton, United States District Judge, having been filed on July 25, 2007, granting summary judgment in favor of defendant; and dismissing the complaint in its entirety; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that summary judgment is granted in favor of defendant; and that the complaint is dismissed in its entirety.

Dated: Brooklyn, New York
       July 25, 2007

                                                s/ RCH
                                            ROBERT C. HEINEMANN
                                            Clerk of Court